IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Adrian Sotelo Guzman,<br><br>                      Petitioner,<br><br>vs.<br><br>Kristi Noem, Secretary, Department of Homeland Security et al.,<br><br>                      Defendants. | Case No. 0:26-cv-01641-DMT-DJF |

## ORDER ADOPTING STIPULATION TO DISMISS

[¶ 1]   THIS MATTER comes before the Court on a Stipulation of Dismissal without Prejudice filed on March 5, 2026. Doc. No. 13.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is, therefore, **ORDERED** that the above-entitled action is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own attorney's fees, costs, and disbursements

[¶ 3]   **IT IS SO ORDERED.**

DATED March 5, 2026.

Daniel M. Traynor, District Judge
United States District Court